Graydon W. FLORENCE, Jr., Plaintiff-Appellant,

v.

Dr. Robert W. CAMBRON et al., Defendants-Appellees.

No. 15521.

United States Court of Appeals
Sixth Circuit.

April 8, 1964.

Harry L. Hargadon, Jr., Louisville, Ky. (Hargadon, Hargadon, Lenihan & Harbolt, Louisville, Ky., on the brief), for appellant.

Lively Wilson, Louisville, Ky. (Robert G. Breetz, Lively M. Wilson, Stites, Peabody & Helm, Louisville, Ky., on the brief), for appellees.

Before O'SULLIVAN and PHILLIPS, Circuit Judges, and McALLISTER, Senior Circuit Judge.

ORDER.

This cause having come on to be heard upon the record and briefs and arguments of counsel, and it appearing to this Court that the judgment of the District Court should be affirmed,

It is ordered that the judgment of the District Court be, and it is, hereby affirmed.

MARKAY'S 5¢ TO $1.00 STORE, a Partnership (Consisting of H. D. Eagan, H. M. Eagan, Earl W. Westfall and R. J. Eagan), Appellant,

v.

James M. TURNER, d.b.a. James M. Turner Co., Appellee.

No. 15647.

United States Court of Appeals
Sixth Circuit.

April 27, 1964.

Milton S. Geiger, Alliance, Ohio (Milton S. Geiger; Geiger & Teeple, Willard James, Alliance, Ohio, on the brief), for appellant.

Alex J. Robertson; Ogline & Robertson, Alliance, Ohio, on the brief, for appellee.

Before WEICK, Chief Judge, EDWARDS, Circuit Judge, and WILLIAM E. MILLER, District Judge.

ORDER.

The motion to vacate and set aside was filed within ten days after the entry of an order by the Referee in Bankruptcy dismissing the petition in bankruptcy. The Referee had jurisdiction to pass upon said motion. The petition for review was filed within ten days after the denial of said motion and was, therefore, timely filed.

Judgment affirmed.